JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVARISTO CORTES,<br><br>Plaintiff,<br><br>vs.<br><br>VILLAGE LIQUOR LOCKER INC. D/B/A VILLAGE LIQUOR; and DOES 1 through 10,<br><br>Defendants. | Case No. **2:18-cv-02264-RGK-JPRx**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint Filed: March 19, 2018<br>Trial Date: None |

[PROPOSED] ORDER

1 | Based on the stipulation of the parties and for good cause shown:
2 | IT IS HEREBY ORDERED that the entire lawsuit be dismissed without
3 | prejudice in the above-entitled action, both sides to bear his and its respective costs
4 | including attorneys' fees.

SO ORDERED.

DATED: June 14, 2019 _____
United States District Court Judge
Judge R. Gary Klausner